955 A.2d 352

COMMONWEALTH of Pennsylvania, Respondent

v.

Lonnie DAWSON, Petitioner.

Supreme Court of Pennsylvania.

Aug. 20, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2008, the Application for Leave to File Reconsideration Out of Time is **DENIED.**